UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DERRICK JACKSON,

    Petitioner,

v.

ROB BONTA, et al.,

    Respondent.

Case No. 23-cv-00782-HSG

**JUDGMENT**

The Court has DISMISSED the petition for a writ of habeas corpus as untimely and DENIED a certificate of appealability. The Clerk is ordered to enter judgment in favor of Respondent and against Petitioner.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:   6/17/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge